IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vaughn, Gary G | Case Number: 07 B 12446 |
| Vaughn, Kathleen A | Judge: Hollis, Pamela S |
| Printed: 8/8/07 | Filed: 7/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: July 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Circuit City | Secured | 300.00 | 0.00 |
| 2. | Best Buy | Secured | 500.00 | 0.00 |
| 3. | Federated Retail Holdings Inc | Unsecured | 1,115.88 | 0.00 |
| 4. | Capital One | Unsecured | 3,553.35 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 2,695.46 | 0.00 |
| 6. | Citi Cards | Unsecured | | No Claim Filed |
| 7. | Aspire | Unsecured | | No Claim Filed |
| 8. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 9. | Shell Oil Company | Unsecured | | No Claim Filed |
| 10. | Goodyear | Unsecured | | No Claim Filed |
| 11. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 12. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 13. | Walmart | Unsecured | | No Claim Filed |
| 14. | Card Processing Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,164.69 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vaughn, Gary G<br>Vaughn, Kathleen A<br>Printed: 8/8/07 | Case Number: 07 B 12446<br>Judge: Hollis, Pamela S<br>Filed: 7/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)